IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SEAPORT GLOBAL HOLDINGS, LLC**, <br><br> Plaintiff, Counterclaim-Defendant, <br><br> v. <br><br> **POWERPAY, LLC**, <br><br> Defendant, Counter-Claim Plaintiff, <br><br> v. <br><br> **MICHAEL HISLER**, <br><br> Counter-Claim Defendant. | CIVIL ACTION <br><br> NO. 23-1422-KSM |

## ORDER

**AND NOW**, this 2nd day of August, 2025, upon consideration of PowerPay, LLC's ("PowerPay") motion for partial summary judgment (Doc. No. 63), Seaport Global Holdings, LLC's ("Seaport") response (Doc. No. 74), and PowerPay's reply (Doc. No. 88), and following oral argument on the motion, it is **ORDERED** as follows:

1. PowerPay's motion for partial summary judgment on the proper interpretation of the compensation provision in the PowerPay-Seaport contract (*see* Doc. No. 63-3 at 5) is **GRANTED** for the reasons set forth in the accompanying memorandum. Count I of the Complaint is **DISMISSED IN PART** to the extent it seeks fees in excess of those provided for under the plain language of the contract's compensation provision.

2. PowerPay's motion for partial summary judgment on the issue of whether Seaport can recover fees for introducing Valley Strong Credit Union to PowerPay is **DENIED** for the reasons set forth in the memorandum.

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*
KAREN SPENCER MARSTON, J.