IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SEAPORT GLOBAL HOLDINGS, LLC**, <br><br> Plaintiff, Counterclaim-Defendant, <br><br> v. <br><br> **POWERPAY, LLC**, <br><br> Defendant, Counter-Claim Plaintiff, <br><br> v. <br><br> **MICHAEL HISLER**, <br><br> Counter-Claim Defendant. | CIVIL ACTION <br><br> NO. 23-1422-KSM |

## ORDER

**AND NOW**, this 2nd day of August, 2025, upon consideration of Seaport Global Holdings, LLC ("Seaport") and Michael Hisler's ("Hisler") motion for partial summary judgment (Doc. No. 65), PowerPay, LLC's ("PowerPay") response (Doc. No. 77), and Seaport and Hisler's reply (Doc. No. 86), and following oral argument on the motion, it is **ORDERED** as follows:

1. Seaport and Hisler's motion for summary judgment on PowerPay's counterclaim for intentional interference with business relations (*see* Doc. No. 26 at 20–22) is **GRANTED** for the reasons set forth in the accompanying memorandum. Counterclaim I is thus **DISMISSED WITH PREJUDICE**, and the Clerk's Office is **DIRECTED** to terminate Michael Hisler as a Counter-Claim Defendant.

2. Seaport's motion for summary judgment on PowerPay's counterclaim for breach of contract is **DENIED** for the reasons set forth in the accompanying memorandum.

**IT IS SO ORDERED.**

<u>/s/*Karen Spencer Marston*</u>
KAREN SPENCER MARSTON, J.
