IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SEAPORT GLOBAL HOLDINGS, LLC**, <br><br> Plaintiff, Counterclaim-Defendant, <br><br> v. <br><br> **POWERPAY, LLC**, <br><br> Defendant, Counter-Claim Plaintiff, <br><br> v. <br><br> **MICHAEL HISLER**, <br><br> Counter-Claim Defendant. | CIVIL ACTION <br><br> NO. 23-1422-KSM |

## ORDER

**AND NOW**, this 2nd day of August, 2025, upon consideration of PowerPay, LLC's ("PowerPay") motion for leave to amend its breach of contract counterclaim (Doc. No. 78), Seaport Global Holdings, LLC and Michael Hisler's response (Doc. No. 87), and PowerPay's reply (Doc. No. 89), it is **ORDERED** that PowerPay's motion is **GRANTED** for the reasons set forth in the accompanying memorandum.

    **IT IS SO ORDERED.**

/s/*Karen Spencer Marston*
KAREN SPENCER MARSTON, J.